[No. 6819–1. Division One. December 24, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES
LEE CORBIN, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 85556, Norman B. Ackley, J., entered July 7,
1978. *Affirmed* by unpublished opinion per Ringold, J.,
concurred in by James and Andersen, JJ.

[No. 6912–1. Division One. December 24, 1979.]

*In the Matter of the Marriage of* MERLE R. NIMBAR,
*Appellant, and* HULDA MARIE NIMBAR,
*Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. D–108052, Norman B. Ackley, J., entered
August 15, 1978. *Affirmed as modified* by unpublished
opinion per James, J., concurred in by Andersen and Dore,
JJ.

[No. 7026–1. Division One. December 24, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. ROY
LEE BARLISH, *Appellant.*

Appeals from judgments of the Superior Court for King
County, Nos. 85849, 63510, Peter K. Steere, J., entered
October 11, 1978. *Affirmed* by unpublished opinion per
Andersen, J., concurred in by Swanson, A.C.J., and
Williams, J.